# United States District Court
## Southern District of Georgia

LAUREN POSER,

_____  Case No. __4:19-cv-00270-RSB-CLR__
Plaintiff

v.  SUNTRUST BANK,  Appearing on behalf of

  Defendant

_____  _____
Defendant  (Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This __17th__ day of __January__, __2020__.

*[signature: Christopher L. Ray]*

UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

*****

NAME OF PETITIONER: Patrick Lum Ryan

Business Address: Ford & Harrison LLP
  Firm/Business Name

271 17th Street, N.W., Suite 1900
  Street Address

  Atlanta    GA    30363
Street Address (con't)  City  State  Zip

Mailing Address (if other than street address)

Address Line 2    City    State    Zip

404/888-3800    269833
Telephone Number (w/ area code)  Georgia Bar Number

Email Address: pryan@fordharrison.com